UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN HILL,<br><br>    Plaintiff,<br><br>  vs.<br><br>J. CLARK, et al.,<br><br>    Defendants. | 1:13-cv-00386-LJO-GSA-PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION BY VIDEOCONFERENCE<br><br>(Doc. 29.) |

      Johnathan Hill ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds with Plaintiff's original Complaint, filed on March 18, 2013, against defendant C/O J. Clark for use of excessive force in violation of the Eighth Amendment, and C/O A. Rivas for failure to protect Plaintiff in violation of the Eighth Amendment.[1]

      This case is currently in the discovery phase, pursuant to the court's scheduling order issued on June 3, 2014 (Doc. 25.) On December 30, 2014, defendants Clark and Rivas ("Defendants") filed a request for leave to depose Plaintiff by videoconference. Fed. R. Civ. P. 30(b)(4). (Doc. 26.)

      Good cause having been shown, Defendants' request is HEREBY GRANTED.

IT IS SO ORDERED.

    Dated:  **January 4, 2015**          **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] On January 24, 2014, the court issued an order dismissing all other claims and defendants from this action, based on Plaintiff's failure to state a claim under § 1983. (Doc. 18.)