# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HILL,<br><br>   Plaintiff,<br><br>  vs.<br><br>C/O J. CLARK, and<br><br>C/O A. RIVAS,<br><br>   Defendants. | 1:13-cv-00386-EPG-PC<br><br>ORDER ADDRESSING PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS AND SETTLEMENT<br>(ECF No. 58.)<br><br>ORDER WITHDRAWING MOTION FROM COURT'S CALENDAR<br>(ECF No. 66.) |

  Jonathan Hill ("Plaintiff") is a state prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983. This case is scheduled for trial before Magistrate Judge Erica P. Grosjean on April 12, 2016.[1]

  On December 3, 2015, Plaintiff, on his own behalf, filed a motion for sanctions and settlement. (ECF No. 66.) On December 7, 2015, Plaintiff, through counsel, filed a notice of

---

[1] The parties have consented to Magistrate Judge jurisdiction under 28 U.S.C. 636(c), and on August 10, 2015, this case was reassigned to Magistrate Judge Erica P. Grosjean for all further proceedings, including trial and entry of final judgment. (ECF No. 45.)

1

withdrawal of the motion, in light of the fact that he is now represented by counsel.[2] (ECF No. 68.) The Court finds good cause to withdraw the motion from the Court's calendar.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for sanctions and settlement, filed on December 3, 2015, is WITHDRAWN from the Court's calendar.

IT IS SO ORDERED.

Dated:   **December 17, 2015**                      /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

---

[2] On November 23, 2015, the Court appointed Douglas L. Gordon and Aida S. Macedo of Miles, Sears & Eanni to represent Plaintiff. (ECF No. 64.)