UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN HILL,<br><br>            Plaintiff,<br><br>    vs.<br><br>C/O J. CLARK and<br><br>C/O A. RIVAS,<br><br>            Defendants. | 1:13-cv-00386-EPG-PC<br><br>NOTICE OF TELEPHONIC HEARING BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br><br>**February 3, 2016 at 10:00 a.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

On November 23, 2015, the Court issued a scheduling order setting a hearing in this case for February 3, 2016 at 10:00 a.m. in Courtroom 10 before the undersigned, to address motions *in limine* and the bifurcation of punitive damages issue.  (ECF No. 63.)  This order confirms that the hearing shall be held telephonically.  The parties shall be prepared to discuss the parties' pending motions *in limine*[1] and Defendants' pending motion to bifurcate.[2]  Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic status conference and to initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

Dated:  **January 28, 2016**         /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] On January 12, 2016, Defendants filed a motion *in limine*, and on January 13, 2016, Plaintiff filed a motion *in limine*.  (ECF Nos. 75, 76.)

[2] On January 12, 2016, Defendants filed a motion to bifurcate the punitive damages phase of the trial.  (ECF No. 74.)