UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN HILL,<br><br>                        Plaintiff,<br><br>v.<br><br>C/O J. CLARK and<br>C/O A. RIVAS,<br><br>                        Defendants. | 1:13-cv-00386 EPG  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO TRANSPORT<br>PLAINTIFF JOHNATHAN HILL AND HIS<br>LEGAL PROPERTY TO TRIAL<br><br>CDCR # P-86443<br><br>**DATE: April 12, 2016**<br>**TIME:  8:30 a.m.** |

Johnathan Hill, inmate, CDCR #P-86443, a necessary and material witness on his own behalf, for trial in this case on April 12, 2016, is confined at Kern Valley State Prison, 3000 West Cecil Avenue, Delano, CA  93216, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus *ad Testificandum* issue commanding the custodian to produce the inmate in Courtroom #10, 6th  Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on **April 12, 2016, at 8:30 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus *ad Testificandum* issue, under the seal of this Court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of the trial or as ordered by the Court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Kern Valley State Prison**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.  **The inmate's legal property relevant to this case shall accompany the inmate to the trial.**

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:    **March 10, 2016**                          /s/ Erin P. Grosy
                                                                       UNITED STATES MAGISTRATE JUDGE