UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN HILL,<br><br>        Plaintiff,<br><br>    vs.<br><br>J. CLARK, et al.,<br><br>        Defendants. | 1:13-cv-00386-EPG-PC<br><br>ORDER GIVING FULL EFFECT TO STIPULATION TO DISMISS CASE, WITH PREJUDICE, UNDER RULE 41<br>(ECF No. 107.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

      Johnathan Hill is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The case proceeds with Plaintiff's original Complaint filed March 18, 2013, on Plaintiff's Eighth Amendment claims, against Correctional Officer (C/O) J. Clark for use of excessive force, and against defendant C/O A. Rivas for failure to protect Plaintiff.  (ECF No. 1.)[1]

      The parties to this action have consented to Magistrate Judge jurisdiction under 28 U.S.C. 636(c), and on August 10, 2015, this case was reassigned to Magistrate Judge Erica P. Grosjean for all further proceedings, including trial and entry of final judgment.  (ECF No. 45.)

      On April 7, 2016, a stipulation for voluntary dismissal with prejudice was filed with the Court, containing the signatures of Plaintiff and Counsel for Defendants Clark and Rivas.

---

[1] On January 24, 2014, the Court issued an order dismissing all other claims and defendants from this action, based on Plaintiff's failure to state a claim under § 1983.  (Doc. 17.)

(ECF No. 107.)  The stipulation states that Plaintiff Johnathan Hill and Defendants J. Clark and A. Rivas have resolved this case in its entirety and therefore stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Federal Rule of Civil Procedure 41(a)(1)(ii) allows plaintiffs to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared."  The stipulation filed on April 7, 2016 is signed by all parties who have appeared in this case.  Therefore, the parties' stipulation is given full force and effect, and this case is dismissed with prejudice.  The Clerk shall close the case.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation for voluntary dismissal of this action with prejudice is effective as of the date it was filed;

2. This case is DISMISSED WITH PREJUDICE; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 7, 2016**                         /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE