UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN HILL,<br><br>        Plaintiff,<br><br>  vs.<br><br>C/O J. CLARK and<br><br>C/O A. RIVAS,<br><br>        Defendants. | 1:13-cv-00386-EPG-PC<br><br>ORDER VACATING MARCH 11, 2016 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF JOHNATHAN HILL AND HIS LEGAL PROPERTY TO TRIAL ON APRIL 12, 2016<br>(ECF No. 102.)<br><br>Johnathan Hill, CDCR# P-86443 |

      On March 11, 2016, the Court issued an order and Writ of Habeas Corpus ad Testificandum to transport Plaintiff Johnathan Hill, commanding the Warden of Kern Valley State Prison to produce California prisoner Johnathan Hill #P-86443 to Courtroom #10, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on **April 12, 2016, at 8:30 a.m.** to attend the trial for this action.  (ECF No. 102.)

      This case settled on April 7, 2016.  Due to settlement of the case, the trial is vacated, and inmate witness **Johnathan Hill #P-86443** is no longer needed by the Court as a witness at the trial.


**ACCORDINGLY, IT IS ORDERED** that the Court's order of March 11, 2016, ordering that a Writ of Habeas Corpus ad Testificandum issue, and the Writ of Habeas Corpus ad Testificandum issued on March 11, 2016, commanding the production of inmate Johnathan Hill #P-86443, **ARE HEREBY VACATED**.

IT IS SO ORDERED.

Dated:   **April 8, 2016**                
                                          UNITED STATES MAGISTRATE JUDGE

